**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case: 1:16-CR-00009 |
| : | Assigned To: Judge Tanya S. Chutkan |
| v. : | Assign Date: 01/13/2016 |
| : | Description: INDICTMENT (B) |
| JOSEPH RICKY PARK : | |
| (aka Joseph Demasi) : | 18 U.S.C. § 2423(c) and (e) |
| : | (Engaging in Illicit Sexual |
| : | Conduct in Foreign Places) |
| Defendant. : | |

**INDICTMENT**

**FILED IN OPEN COURT**

The Grand Jury charges that:

JAN 1 3 2016

**COUNT ONE**
Engaging in Illicit Sexual Conduct in Foreign Places
(18 U.S.C. § 2423(c) and (e))

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Between on or about January 1, 2015, and on or about December 1, 2015, the defendant, JOSEPH RICKY PARK (also known as Joseph Demasi), a citizen of the United States with no last known residence in the United States, did reside temporarily and permanently in Vietnam, a foreign country, and engage and attempt to engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, outside the jurisdiction of any particular State or district of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

All in violation of Title 18, United States Code, Sections 2423(c) and (e).

## NOTICE OF FORFEITURE

Notice is hereby given that the following property is subject to forfeiture in accordance with 18 U.S.C. § 2428:

1. all property used or intended to be used to commit or to facilitate the commission of the violation alleged in this Indictment; and

2. all property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

A TRUE BILL:

Steven J. Grocki
Chief
Child Exploitation and
Obscenity Section, Criminal Division
U.S. Department of Justice

By: _____
Ravi Sinha
Trial Attorney
Child Exploitation and
Obscenity Section, Criminal Division
U.S. Department of Justice