**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-009 (TSC)** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH RICKY PARK,** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES OF AMERICA'S CONSOLIDATED RESPONSE TO**
**DEFENDANT'S MOTIONS FOR A BILL OF PARTICULARS**
**AND FOR AN EXTENSION**

COMES NOW, the United States of America, by and through its attorneys, and files this consolidated response to the defendant's motion for a bill of particulars and motion for an extension of time to file additional motions. Docket (hereinafter "D.") 16 and 19. For the reasons set forth below, the Court should deny both motions.

With respect to the defendant's motion for an extension of time to file additional motions, D. 19, the United States opposes that motion in general, but would not oppose a limited extension if the defendant articulated a specific colorable claim he wished to pursue.

With respect to the defendant's motion for a bill of particulars, D. 16, the Court should deny the motion as moot, as the United States has either already provided the requested information or sets forth the requested information in further detail below.

1. ***Defendant's request***: the nature of the illicit sexual conduct alleged to have occurred, i.e., what sexual act or acts are alleged to have occurred, whether the act or acts are alleged to be a noncommercial sexual act as defined in 18 U.S.C. Section 2246, a commercial sexual act as defined in 18 U.S.C. Section 1591, or production of child pornography as defined in section 2256(8).

Response of the United States: As set forth in the complaint, D. 1, the illicit sexual conduct at issue involves an actual and attempted sexual act as defined in 18 U.S.C. § 2246 and the actual and attempted production of child pornography.  None of the alleged conduct involves a commercial transaction.

2. ***Defendant's request:*** the name and date of birth of any alleged victim.

Response of the United States: With respect to the victim of the alleged sexual act, the victim's name and date of birth is stated in a video recording of the forensic interview of the victim that was provided to the defendant in discovery on September 7, 2016.  The victims of the alleged production of child pornography have not been identified.

3. ***Defendant's request:*** the date or dates of the alleged illicit sexual conduct.

Response of the United States: As set forth in the complaint, D. 1, the alleged sexual act took place in January or February of 2015.  As for the production of child pornography, that information was provided to the defendant and his attorney when they met with the United States on August 16, 2016, to review the digital evidence in this case. The alleged production of child pornography took place on or around June 20, 2015, July 3, 2015, and August 7, 2015.

4. ***Defendant's request:*** the location where the alleged incident occurred.

Response of the United States: As set forth in the complaint, D. 1, the alleged sexual act took place at the defendant's apartment in Hanoi, Vietnam.  The alleged production of child pornography also took place in Hanoi.

5. ***Defendant's request:*** if the production of child pornography is alleged, the specific picture or pictures that are alleged to have been produced.

Response of the United States: That information was provided to the defendant and his attorney when they met with the United States on August 16, 2016, to review the digital evidence in this case.  The files include:

- June 20, 2015: IMG_1663;
- July 3, 2015: IMG_1752, IMG_1753, IMG_1754;
- August 7, 2015: IMG_1917, Father Loc.jpg.

## CONCLUSION

For all of these reasons, the defendant's motion for a bill of particulars and motion for an extension of time to file additional motions should be denied.

Respectfully submitted,

Steven J. Grocki
Chief
U.S. Department of Justice
Child Exploitation and Obscenity Section

_____/s/_____
Alexandra R. Gelber, Deputy Chief
D.C. Bar 473773
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Ave. N.W., Suite 600
Washington, DC 20530
Telephone: (202) 307-1316
alexandra.gelber@usdoj.gov


_____/s/_____
Lauren S. Kupersmith, Trial Attorney
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Ave. N.W., Suite 600
Washington, DC 20530
Telephone: (202) 514-1564
lauren.kupersmith@usdoj.gov