UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  1:16-cr-00009-TSC |
| | : | |
| v. | : | |
| | : | |
| JOSEPH RICKY PARK, | : | |
| | : | |
| Defendant. | : | |

MOTION TO BIFURCATE RULING ON DEFENDANT'S MOTION TO SUPPRESS

The United States, by and through the undersigned attorneys, hereby moves the Court to bifurcate its ruling on the Defendant's motion to suppress.  D. 17.  The Defendant makes three arguments in his motion to suppress: that he was illegally arrested when the U.S. Government caused foreign governments to compel his arrival in Guam; that his statements were taken in violation of *Miranda*; and that certain computer evidence was illegally seized from his apartment in Vietnam.  D. 17, pp. 1-2.  With respect to the "illegal arrest" theory, in its response the United States asserts that even if all the factual allegations in the Defendant's motion were true, his argument nonetheless fails as a matter of law.  D. 21, pp. 19-21.  (The Unites States further contends that his argument fails factually.  *Id*. at pp. 21-24.)  In his reply, the Defendant does not refute the United States' legal challenge to his illegal arrest theory.  D. 26.

The United States respectfully requests that the Court rule on its argument that the Defendant's illegal arrest theory fails as a matter of law in advance of the hearing on this motion, currently scheduled for January 30-31, 2018.  The majority of the witnesses the United States currently intends to call at the suppression hearing are needed to address the illegal arrest theory, and will each require 24-30 hours of travel time (one-way) to get to the District from Vietnam, Thailand, the Philippines, and Guam.  A ruling on this issue ahead of the suppression hearing will allow the United States more accurately to estimate the length of time needed for the hearing

and the number of witnesses needed to testify on the Defendant's surviving claims.

The United States has conferred with counsel for the Defendant, who have indicated they do not change their position with respect to their request for a hearing on the Defendant's motion.

        Respectfully submitted,

        Steven J. Grocki
        Chief
        U.S. Department of Justice
        Child Exploitation and Obscenity Section

        _____/s/_____
        Alexandra R. Gelber, Deputy Chief
        D.C. Bar 473773
        U.S. Department of Justice
        Child Exploitation and Obscenity Section
        1400 New York Ave. N.W., Suite 600
        Washington, DC 20530
        Telephone: (202) 307-1316
        alexandra.gelber@usdoj.gov

        _____/s/_____
        Lauren S. Kupersmith, Trial Attorney
        U.S. Department of Justice
        Child Exploitation and Obscenity Section
        1400 New York Ave. N.W., Suite 600
        Washington, DC 20530
        Telephone: (202) 514-1564
        lauren.kupersmith@usdoj.gov