# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 16-cr-0009 (TSC) |
| JOSEPH RICKY PARK, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Joseph Ricky Park's Motion to Dismiss the Indictment (ECF No. 18) is hereby GRANTED.

Date: February 28, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge