UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 1:16-cr-00009-TSC |
| | : | |
| v. | : | |
| | : | |
| JOSEPH RICKY PARK, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE DETENTION PENDING APPEAL

The United States, by and through the undersigned attorneys, hereby moves the Court to continue detention of the Defendant pending appeal of the Court's order dismissing the indictment. Docket (D.) 35.

## FACTUAL BACKGROUND

On January 13, 2016, Joseph Ricky Park ("Defendant") was charged by indictment with engaging and attempting to engage in illicit sexual conduct with a minor in a foreign place in violation of 18 U.S.C. § 2423(c) and (e). Docket (D.) 2.  On February, 17, 2016, after an oral motion from the United States, the Court ordered the defendant to be detained pending trial pursuant to 18 U.S.C. § 3142.  D. 4.

In its ruling, among other things, the Court noted that over the past three decades, the Defendant has shown "repeated and systematic sexual abuse of children in multiple countries." *Id*. at 4.  The charges in the case reflect "society's view that crimes involving the sexual abuse of minors are some of the most heinous and dangerous federal crimes."  *Id*.  In addition, the weight of the evidence favors detention.  *Id*. at 5.  Noting that the defendant had been deported multiple times from several countries due to allegations of sexual misconduct with children, the Court also emphasized that the Defendant has no job, residence, or other ties to any community in the United States.  *Id*.  Indeed, the Defendant has not so much as passed through the United

States in 15 years and has no relatives in the area of the District of Columbia.  *Id*. at 2 (noting the Defendant's suggestion that he live with a sister in New York).   As the Court said, "Defendant appears to live without borders and is indiscriminate in his search for his next victims ... Defendant engages in a cycle of preying upon and abusing children who trust that he will provide them with an education and only stops when he is discovered and deported ... Looking at the Defendant's history of systematic sexual abuse of minors, it is clear he poses a serious threat to children."  *Id* at 5.   Lastly, the Court found that the Defendant was a flight risk. *Id*. at 6.   For those reasons, the Court ordered that the Defendant be detained pending trial.   *Id*.

On February 28, 2018, the Court dismissed the indictment, finding the statute to be unconstitutional as applied to the Defendant.   D. 35.   The United States intends to appeal the Court's order.

## LEGAL ARGUMENT

Pursuant to 18 U.S.C. § 3143(c), the United States now requests that the Defendant continue to be detained pending appeal of the Court's order dismissing the indictment.

Section 3731 of Title 18, United States Code, provides the United States the authority to appeal an "order of a district court dismissing an indictment."   According to 18 U.S.C. § 3143(c), in a case where the government appeals the dismissal of an indictment pursuant to 18 U.S.C. § 3731, the Court's determination with regard to the defendant release pending appeal is controlled by 18 U.S.C. § 3142.   Because the Defendant was charged with violating 18 U.S.C. § 2423(c), he is subject to a rebuttable presumption that he should be detained.   18 U.S.C. § 3142(e)(3)(E); *United States v. Smith*, 79 F.3d 1208, 1210 (D.C. Cir. 1996) (indictment establishes probable cause to believe the defendant committed the triggering offense).

Once a rebuttable presumption has been triggered, the burden shifts to the defendant to

offer some credible evidence to rebut the presumption.  *United States v. Alatishe*, 768 F.2d 364, 371 (D.C. Cir. 1985).   Even if the Defendant offers evidence to counter the presumption, the presumption remains as a factor to be considered.  *United States v. Ali*, 793 F. Supp. 2d 386, 388 (D.D.C. 2011); *see also United States v. Rodriguez*, 950 F.2d 85, 88 (2d Cir. 1991).

To determine whether the Government has met its burden, the Court must consider the available information concerning (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the Defendant; (3) the Defendant's history and characteristics, including the Defendant's ties to the community; and (4) the nature and seriousness of the danger to any person or to the community which would be posed by the Defendant's release.  18 U.S.C. § 3142(g).   If a judicial officer finds by clear and convincing evidence that "no condition or combination of conditions will reasonably assure . . . the safety of any other person and the community, such judicial officer shall order the detention of the [defendant] before trial."  18 U.S.C. § 3142(e).

For all of the reasons found by the Court in detaining the Defendant pending trial, D. 4, the Defendant should continue to be detained pending the United States' appeal of the Court's order dismissing the indictment.

Respectfully submitted,

Steven J. Grocki
Chief
U.S. Department of Justice
Child Exploitation and Obscenity Section


_____/S/_____
ALEXANDRA R. GELBER
Deputy Chief
D.C. Bar 473773
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, NW, Suite 600
Washington, D.C. 20530
202-307-1316
alexandra.gelber@usdoj.gov

_____/S/_____
LAUREN S. KUPERSMITH, Trial Attorney
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, N.W., Suite 600
Washington, D.C. 20530
(202) 514-1564
lauren.kupersmith@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  1:16-cr-00009 (TSC)** |
| | : | |
| vi. | : | |
| | : | **MOTION TO CONTINUE DETENTION** |
| **JOSEPH RICKY PARK,** | : | **PENDING APPEAL** |
| | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER

Having considered the United States' Motion to Continue Detention Pending Appeal, for the reasons set forth by the Court in the Detention Memorandum filed on February 17, 2016, the Court hereby GRANTS the motion, and ORDERS that the Defendant remain detained pending the United States' appeal of the Court's Order to Dismiss the Indictment.

_____
UNITED STATES DISTRICT JUDGE

Date:_____