Notice of Appeal Criminal                                                                                               Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Joseph Ricky Park )<br>) | Criminal No. 16-cr-00009 (TSC) |

## NOTICE OF APPEAL

Name and address of appellant         United States of America

Name and address of appellant's attorney       Alexandra R. Gelber, Deputy Chief
Lauren Kupersmith, Trial Attorney
Department of Justice, Criminal Division
Child Exploitation Obscenity Section
1400 New York Avenue, NW
Suite 600
Washington, DC 20005

Offense:    18 U.S.C. § 2423(c)

Concise statement of judgment or order, giving date, and any sentence:

Order, by the Honorable Tanya S. Chutkan, entered on the docket on February 28, 2018, dismissing the indictment.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated order.

March 1, 2018                                                  United States of America
DATE                                                            APPELLANT

                                                                 /s/ Alexandra R. Gelber
                                                                ALEXANDRA R. GELBER
                                                                ATTORNEY FOR APPELLANT

Notice of Appeal Criminal                                                                                                           Rev. 3/88

CJA, NO FEE      No
PAID USDC FEE    gov't appeal
PAID USCA FEE gov't appeal
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? N/A; no transcript available
Is this appeal pursuant to the 1984 Sentencing Reform Act? No

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2018, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

> Michelle Peterson, Esq.
> Federal Public Defender
> 625 Indiana Avenue, NW
> Suite 550
> Washington, DC 20004
>
> Celia Goetzl, Esq.
> Federal Public Defender
> 625 Indiana Avenue, NW
> Suite 550
> Washington, DC 20004

> /s/ Alexandra R. Gelber
> _____
> ALEXANDRA R. GELBER
> Deputy Chief
> Department of Justice, Criminal Division
> Child Exploitation Obscenity Section
> 1400 New York Avenue, NW
> Suite 600
> Washington, DC 20005
> (202) 307-1316