APPEAL,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: **1:16−cr−00009−TSC−1**

Case title: USA v. PARK
Magistrate judge case number: 1:16−mj−00022−DAR *SEALED*

Date Filed: 01/13/2016

Assigned to: Judge Tanya S. Chutkan

Appeals court case number: 18−3017

**Defendant (1)**

| | | |
|---|---|---|
| **JOSEPH RICKY PARK**<br>R05000−093<br>DC JAIL<br>1901 D Street, SE<br>Washington, DC 20003<br>*also known as*<br>JOSEPH DEMASI | represented by | **Michelle M. Peterson**<br>FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208−7500<br>Fax: (202) 208−7515<br>Email: shelli_peterson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Celia Goetzl**<br>FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208−7500<br>Fax: (202) 208−7515<br>Email: celia_goetzl@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2423(c) and (e); COERCION OR ENTICEMENT OF MINOR FEMALE; Engaging in Illicit | |

Sexual Conduct in Foreign Places.
(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of: 18:2423(c) and 2423(c) and (e) | |

---

**Plaintiff**

| **USA** | represented by | **Alexandra Ruth Gelber** |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | Criminal Division |
| | | 1400 New York Avenue, NW |
| | | Suite 600 |
| | | Washington, DC 20530 |
| | | (202) 307–1316 |
| | | Fax: (202) 514–1793 |
| | | Email: alexandra.gelber@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Lauren Sara Kupersmith** |
| | | US DEPARTMENT OF JUSTICE, CRIMINAL DIVISION |
| | | Child Exploitation and Obscenity Section |
| | | 1400 New York Avenue, NW |
| | | Suite 600 |
| | | Washington, DC 20530 |
| | | (202) 514–1564 |
| | | Email: lauren.kupersmith@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Ravi Sinha** |
| | | U.S. DEPARTMENT OF JUSTICE |

Criminal Division
1400 New York Avenue, NW
Suite 600
Washington, DC 20005
(202) 353–4698
Email: ravi.sinha@usdoj.gov
*TERMINATED: 04/29/2016*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/08/2016 | 1 | | COMPLAINT as to JOSEPH RICKY PARK (1). (Attachments: # 1 Affidavit) (zdr) [1:16–mj–00022–DAR *SEALED*] (Entered: 01/08/2016) |
| 01/13/2016 | 2 | | INDICTMENT as to JOSEPH RICKY PARK (1) count 1. (NOTICE OF FORFEITURE) (zmlp) (Main Document 2 replaced on 1/14/2016) (zdr). (Entered: 01/14/2016) |
| 01/15/2016 | | | Arrest Other District of JOSEPH RICKY PARK in Tamuning, Guam. (zdr) Modified on 2/4/2016 to edit date (dr). (Entered: 02/03/2016) |
| 02/03/2016 | 3 | | Arrest Warrant issued on 1/8/2016, and Returned Executed on 1/15/2016 as to JOSEPH RICKY PARK. (dr) (Main Document 3 replaced on 2/4/2016) (zdr). (Entered: 02/03/2016) |
| 02/10/2016 | | | ORAL MOTION by Defendant JOSEPH RICKY PARK to Appoint Counsel. (kk) (Entered: 02/11/2016) |
| 02/10/2016 | | | ORAL MOTION by USA for Temporary Detention of Defendant JOSEPH RICKY PARK. (kk) (Entered: 02/11/2016) |
| 02/10/2016 | | | Minute Entry for Initial Appearance and Arraignment as to JOSEPH RICKY PARK held before Magistrate Judge Alan Kay on 2/10/16 : Oral Motion by Defendant to Appoint Counsel, heard and granted. Assistant Federal Public Defender, Michelle M. Peterson, appointed to represent JOSEPH RICKY PARK. Plea of Not Guilty entered by JOSEPH RICKY PARK to Count 1. Oral Motion by USA for Temporary Detention of the defendant, (3–day hold request), heard and granted. Detention Hearing set for 2/12/16 at 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. Bond Status of Defendant: Defendant Held Without Bond. Defendant committed/commitment issued. Court Reporter: FTR Gold – Ctrm. 7; FTR Time Frame: 2:39:45 – 2:49:22. Defense Attorney: Michelle Peterson; DOJ Attorney: Ravi Sinha; Pretrial Officer: Andre Sidbury. (kk) (Entered: 02/11/2016) |
| 02/12/2016 | | | ORAL MOTION by USA to Commit Defendant JOSEPH RICKY PARK to the Custody of the U.S. Attorney General. (kk) (Entered: 02/12/2016) |
| 02/12/2016 | | | Minute Entry for Detention Hearing as to JOSEPH RICKY PARK held before Magistrate Judge Alan Kay on 2/12/16 : Oral Motion by USA to Commit Defendant to the Custody of the U.S. Attorney General, heard and granted. Pretrial Detention Ordered. Status Conference set for 2/18/16 at 10:30 AM in Courtroom 2 before Judge Tanya S. Chutkan. Bond Status of Defendant: Defendant committed/commitment issued. Court Reporter: FTR Gold – Ctrm. 7; FTR Time Frame: 10:06:41 – 10:17:52. Defense Attorney: Michelle Peterson; DOJ Attorney: Ravi Sinha. (kk) (Entered: 02/12/2016) |

| 02/17/2016 | 4 | | DETENTION MEMORANDUM as to JOSEPH RICKY PARK, signed by Magistrate Judge Alan Kay on 2/17/16. (kk) (Entered: 02/18/2016) |
| --- | --- | --- | --- |
| 02/18/2016 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan:Status Conference as to JOSEPH RICKY PARK held on 2/18/2016. Speedy Trial Act time waived in the Interest of Justice from 2/18/16 until 3/18/16. Status Conference set for 3/18/2016 at 10:00 AM in Courtroom 2 before Judge Tanya S. Chutkan. Bond Status of Defendant: committed/ commitment issued; Court Reporter: Bryan Wayne; Defense Attorney: Michelle Peterson; US Attorney: Ravi Sinha. (zsm) (Entered: 02/18/2016) |
| 02/22/2016 | 5 | | Unopposed MOTION for Protective Order by USA as to JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Sinha, Ravi) (Entered: 02/22/2016) |
| 02/22/2016 | 6 | | ORDER granting 5 Motion for Protective Order as to JOSEPH RICKY PARK (1). Signed by Judge Tanya S. Chutkan on 2/22/16. (zsm) (Entered: 02/22/2016) |
| 03/18/2016 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan:Status Conference as to JOSEPH RICKY PARK held on 3/18/2016. Government is to file a motion regarding Speedy Trial Act time exclusion. Status Conference set for 4/29/2016 at 10:00 AM in Courtroom 2 before Judge Tanya S. Chutkan. Bond Status of Defendant: committed/ commitment issued; Court Reporter: Lisa Moreira; Defense Attorney: Michelle Peterson; US Attorney: Ravi Sinha. (zsm) (Entered: 03/18/2016) |
| 03/22/2016 | 7 | | MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Sinha, Ravi) (Entered: 03/22/2016) |
| 03/23/2016 | 8 | | ORDER granting 7 Motion to Exclude as to JOSEPH RICKY PARK (1). Speedy Trial Act time is excluded from March 21, 2016 until April 29, 2016 in the interest of justice. Signed by Judge Tanya S. Chutkan on 3/23/16. (zsm) Modified on 3/24/2016 (zsm). (Entered: 03/23/2016) |
| 04/27/2016 | 9 | | NOTICE OF ATTORNEY APPEARANCE Alexandra Ruth Gelber appearing for USA. (Gelber, Alexandra) (Entered: 04/27/2016) |
| 04/29/2016 | | | Attorney update in case as to JOSEPH RICKY PARK. Attorney Ravi Sinha terminated. (zsm) (Entered: 04/29/2016) |
| 04/29/2016 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan:Status Conference as to JOSEPH RICKY PARK held on 4/29/2016. Speedy Trial Act time waived in the Interest of Justice from 4/29/16 until 6/28/16. Further Status Conference set for 6/28/2016 at 10:00 AM in Courtroom 2 before Judge Tanya S. Chutkan. Bond Status of Defendant: committed/ commitment issued; Court Reporter: Bryan Wayne; Defense Attorney: Michelle Peterson; US Attorney: Alexandra Gelber. (zsm) (Entered: 04/29/2016) |
| 06/22/2016 | | | NOTICE OF HEARING as to JOSEPH RICKY PARK: Status Conference set for 6/28/2016 at 10:00 AM in Courtroom 5 before Judge Tanya S. Chutkan. Please note the change in Courtroom.(zsm) (Entered: 06/22/2016) |
| 06/28/2016 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan:Status Conference as to JOSEPH RICKY PARK held on 6/28/2016. Further Status |

| | | |
|---|---|---|
| | | Conference set for 7/19/2016 at 9:30 AM in Courtroom 2 before Judge Tanya S. Chutkan. Speedy Trial Act time waived in the Interest of Justice from 6/28/16 until 7/19/16.Bond Status of Defendant: committed/ commitment issued; Court Reporter: Pat Kaneshiro–Miller; Defense Attorney: Michelle Peterson; US Attorney: Alexandra Gelber. (zsm) (Entered: 06/28/2016) |
| 07/14/2016 | | MINUTE ORDER as to JOSEPH RICKY PARK, In light of the representations of the parties that they are exploring whether a pretrial resolution can be agreed upon in this matter, and upon consideration of the entire record herein, the court finds that it is in the interest of justice to continue the status conference currently scheduled for July 19, 2016, and to exclude the time between now and the next status conference from the computation of time under the Speedy Trial Act of the time within which the defendant must be tried. The court finds that the ends of justice are served by granting the parties request to exclude this time period, and that the potential benefits of a continuance to attempt to resolve the matter before trial outweighs the best interest of the public and the defendant in a speedy trial. THEREFORE, the court hereby ORDERS that the time between now and the next status date at 10:00am on September 21, 2016, shall be excluded from the computation under the Speedy Trial Act. The Status Conference will be held in Courtroom 2 before Judge Tanya S. Chutkan. Signed by Judge Tanya S. Chutkan on 7/14/2016. (tth) (Entered: 07/14/2016) |
| 09/21/2016 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan:Status Conference as to JOSEPH RICKY PARK held on 9/21/2016. Speedy Trial Act time waived in the interest of justice from 9/21/16 until 11/21/16. Status Conference set for 11/21/2016 at 09:45 AM in Courtroom 2 before Judge Tanya S. Chutkan. Bond Status of Defendant: committed/ commitment issued; Court Reporter: Barbara DeVico; Defense Attorney: Michelle Peterson; US Attorney: Alexandra Gelber. (zsm) (Entered: 09/21/2016) |
| 11/21/2016 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Status Conference as to JOSEPH RICKY PARK held on 11/21/2016. Speedy trial tolled from 11/21/2016 to 2/8/2017 in the interest of justice (Start XT). Motions due by 2/8/2017. Responses due by 3/10/2017 Replies due by 3/31/2017. Bond Status of Defendant: committed/commitment issued; Court Reporter: Barbara DeVico; Defense Attorney: Michelle Peterson; US Attorney: Alexandra R. Gelber. (nbn) (Entered: 11/21/2016) |
| 01/05/2017 | 10 | MOTION for Inspection of Grand Jury Minutes or, Alternatively, for Particulars as to what Evidence was Presented to the Grand Jury by JOSEPH RICKY PARK. (Attachment: # 1 Memorandum in Support)(vt) Modified on 1/6/2017 (znmw). (Entered: 01/05/2017) |
| 01/06/2017 | | MINUTE ORDER: Denying without prejudice defendant's Motion for Inspection 10 , because defendant is represented by an attorney, all motions must be presented to the court through defendant's attorney. SO ORDERED – by Judge Tanya S. Chutkan on 01/06/17. (tb) (Entered: 01/06/2017) |
| 01/11/2017 | 11 | NOTICE OF ATTORNEY APPEARANCE Lauren Sara Kupersmith appearing for USA. (Kupersmith, Lauren) (Entered: 01/11/2017) |
| 01/11/2017 | 12 | LEAVE TO FILE DENIED– Motion for Disclosure of Those Persons to Whom Grand Jury Materials Have Been Provided as to JOSEPH RICKY PARK. This document is unavailable as the Court denied its filing.. Signed by Judge Tanya |

| | | | |
|---|---|---|---|
| | | | S. Chutkan on 1/11/2017. (hsj) (Entered: 01/11/2017) |
| 01/11/2017 | 13 | | LEAVE TO FILE DENIED–for Inspection of Grand Jury List as to JOSEPH RICKY PARK This document is unavailable as the Court denied its filing.. Signed by Judge Tanya S. Chutkan on 1/11/2017. (hsj) (Entered: 01/11/2017) |
| 01/11/2017 | 14 | | LEAVE TO FILE DENIED–Motion for Disclosure to the Defendant of all Legal Instructions Given to the Grand Jury as to JOSEPH RICKY PARK. This document is unavailable as the Court denied its filing. Signed by Judge Tanya S. Chutkan on 1/11/2017. (hsj) (Entered: 01/11/2017) |
| 01/11/2017 | 15 | | LEAVE TO FILE DENIED–Motion for Disclosure of Matters Occuring Before the Grand Jury as to JOSEPH RICKY PARK. This document is unavailable as the Court denied its filing. Signed by Judge Tanya S. Chutkan on 1/11/2017. (hsj) (Entered: 01/11/2017) |
| 02/08/2017 | 16 | | MOTION for Bill of Particulars by JOSEPH RICKY PARK. (Peterson, Michelle) (Entered: 02/08/2017) |
| 02/08/2017 | 17 | | MOTION to Suppress *Physical Evidence and Statements* by JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) (Entered: 02/08/2017) |
| 02/08/2017 | 18 | | MOTION to Dismiss Case by JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) (Entered: 02/08/2017) |
| 02/08/2017 | 19 | | MOTION for Extension of Time to *File Additional Motions* by JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) (Entered: 02/08/2017) |
| 03/06/2017 | 20 | | MOTION for Extension of Time to File Response/Reply by USA as to JOSEPH RICKY PARK. (Gelber, Alexandra) (Entered: 03/06/2017) |
| 03/07/2017 | | | MINUTE ORDER as to JOSEPH RICKY PARK: The court hereby grants 20 the Government's Motion for Extension of Time to File Response/Reply. Responses are due by 3/24/2017, and Replies are due by 4/19/2017. Signed by Judge Tanya S. Chutkan on 3/7/2017. (lctsc2) (Entered: 03/07/2017) |
| 03/08/2017 | | | Set/Reset Deadlines as to JOSEPH RICKY PARK: Response due by 3/24/2017. Reply due by 4/19/2017. (tb) (Entered: 03/08/2017) |
| 03/24/2017 | 21 | | RESPONSE by USA as to JOSEPH RICKY PARK re 17 MOTION to Suppress *Physical Evidence and Statements* (Gelber, Alexandra) (Entered: 03/24/2017) |
| 03/24/2017 | 22 | | RESPONSE by USA as to JOSEPH RICKY PARK re 16 MOTION for Bill of Particulars , 19 MOTION for Extension of Time to *File Additional Motions* (Gelber, Alexandra) (Entered: 03/24/2017) |
| 03/24/2017 | 23 | | Memorandum in Opposition by USA as to JOSEPH RICKY PARK re 18 MOTION to Dismiss Case (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Kupersmith, Lauren) (Entered: 03/24/2017) |
| 03/31/2017 | 24 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 16 Motion for Bill of Particulars, 17 MOTION to Suppress *Physical Evidence and Statements, 18 Motion to Dismiss Case, and 19 Motion for Extension of Time to File Additional Motions* by JOSEPH RICKY PARK. (Attachments: # 1 Text of |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|----|---|
|            |    | Proposed Order) (Peterson, Michelle) Modified on 3/31/2017 (hsj). (Entered: 03/31/2017) |
| 03/31/2017 |    | MINUTE ORDER granting 24 Motion for Extension of Time to File Response/Reply as to JOSEPH RICKY PARK. Reply is due by 5/1/2017. Signed by Judge Tanya S. Chutkan on 3/31/2017. (lctsc2) (Entered: 03/31/2017) |
| 04/03/2017 |    | Set/Reset Deadlines as to JOSEPH RICKY PARK: Reply due by 5/1/2017. (tb) (Entered: 04/03/2017) |
| 04/27/2017 | 25 | Unopposed MOTION for Extension of Time to *File Replies* by JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) (Entered: 04/27/2017) |
| 04/28/2017 |    | MINUTE ORDER granting 25 Motion for Extension of Time as to JOSEPH RICKY PARK (1). Defendant's Reply due by 5/15/2017. Signed by Judge Tanya S. Chutkan on 4/28/2017. (lctsc2) (Entered: 04/28/2017) |
| 05/15/2017 | 26 | REPLY in Support by JOSEPH RICKY PARK re 17 MOTION to Suppress *Physical Evidence and Statements* (Peterson, Michelle) (Entered: 05/15/2017) |
| 05/15/2017 | 27 | REPLY in Support by JOSEPH RICKY PARK re 18 MOTION to Dismiss Case (Peterson, Michelle) (Entered: 05/15/2017) |
| 08/03/2017 | 28 | NOTICE of Supplemental Authority *In Support Of Defendant's Motion to Dismiss* by JOSEPH RICKY PARK (Attachments: # 1 Exhibit)(Peterson, Michelle) Modified event title on 8/4/2017 (znmw). (Entered: 08/03/2017) |
| 08/30/2017 | 29 | RESPONSE by USA as to JOSEPH RICKY PARK re 28 Notice (Other) (Kupersmith, Lauren) (Entered: 08/30/2017) |
| 09/06/2017 |    | Set/Reset Hearings as to JOSEPH RICKY PARK: A Status Conference is set for 9/7/2017 at 9:30 AM in Courtroom 2 before Judge Tanya S. Chutkan. (jth) (Entered: 09/06/2017) |
| 09/07/2017 |    | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Status Conference as to JOSEPH RICKY PARK held on 9/7/2017. For the reasons stated on the record in open Court, Defendant's 16 Motion for a Bill of Particulars and 19 Motion for Extension of Time to File Additional Motions are both DISMISSED as MOOT. Defendant may file a Reply to the Government's 29 Response to Defendant's 28 Notice of Filing Supplemental Authority in Support of his Motion to Dismiss by 10/27/2017. A Two (2) day Hearing on Defendant's 17 Motion to Suppress is scheduled for 1/9/2018 and 1/10/2018 at 10:00 AM in Courtroom 2 before Judge Tanya S. Chutkan. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Janice Dickman; Defense Attorneys: Michelle M. Peterson and Celia Goetzl; US Attorneys: Alexandra Ruth Gelber and Lauren Sara Kupersmith. (jth) (Entered: 09/07/2017) |
| 09/11/2017 | 30 | NOTICE OF ATTORNEY APPEARANCE: Celia Goetzl appearing for JOSEPH RICKY PARK *as Co−Counsel* (Goetzl, Celia) (Entered: 09/11/2017) |
| 10/18/2017 | 31 | RESPONSE by JOSEPH RICKY PARK re 29 Response to document (Goetzl, Celia) (Entered: 10/18/2017) |

| | | | |
|---|---|---|---|
| 10/30/2017 | 32 | | MOTION to Bifurcate *Ruling on Defendant's Suppression Motion* by USA as to JOSEPH RICKY PARK. (Gelber, Alexandra) (Entered: 10/30/2017) |
| 12/15/2017 | 33 | | NOTICE *Regarding Supplemental Authority in Support of Defendant's Motion to Dismiss* by JOSEPH RICKY PARK re 28 Notice of Supplemental Authority In Support Of Defendant's Motion to Dismiss, 29 Response to Defendant's Notice of Filing of Supplemental Authority. (Goetzl, Celia) Modified on 12/18/2017 (hsj). (Entered: 12/15/2017) |
| 12/21/2017 | | | MINUTE ORDER as to JOSEPH RICKY PARK : It is hereby ordered that the two day motions hearing currently scheduled for 01/09/18 is hereby RESCHEDULED to 1/30/2018 at 09:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. SO ORDERED – by Judge Tanya S. Chutkan on 12/21/17. (tb) (Entered: 12/21/2017) |
| 12/21/2017 | | | Set/Reset Hearings as to JOSEPH RICKY PARK: Motions Hearing set for 1/30/2018 and 01/31/18 at 09:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/21/2017) |
| 01/24/2018 | | | MINUTE ORDER: The motions hearing currently scheduled to begin on Tuesday, January 30 is hereby converted to a status hearing as to JOSEPH RICKY PARK. Status Hearing set for Tuesday, January 30 at 9:30 a.m. before Judge Tanya S. Chutkan. SO ORDERED – by Judge Tanya S. Chutkan on 01/24/18. (tb) Modified on 1/24/2018 (tb). (Entered: 01/24/2018) |
| 01/24/2018 | | | Set/Reset Hearings as to JOSEPH RICKY PARK:Status Conference set for 1/30/2018 at 09:30 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 01/24/2018) |
| 01/29/2018 | | | MINUTE ORDER as to JOSEPH RICKY PARK. It is ORDERED by the Court that the Status Conference presently set for Tuesday, January 30, 2018, is vacated. The parties are further advised that there is no longer a hearing scheduled on Wednesday, January 31, 2018. SO ORDERED. By Judge Tanya S. Chutkan on 1/29/2018. (jth) (Entered: 01/29/2018) |
| 02/23/2018 | 34 | | MOTION to Dismiss on Speedy Trial *For Violation Of Right To A Speedy Trial* by JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) Modified event title on 2/26/2018 (znmw). (Entered: 02/23/2018) |
| 02/28/2018 | 35 | | MEMORANDUM OPINION as to JOSEPH RICKY PARK. Signed by Judge Tanya S. Chutkan on 02/28/18. (tb) (Entered: 02/28/2018) |
| 02/28/2018 | 36 | | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, defendant JOSEPH RICKY PARK's (1) Motion to Dismiss the Indictment (ECF No. 18) is hereby GRANTED. Signed by Judge Tanya S. Chutkan on 02/28/18. (tb) (Entered: 02/28/2018) |
| 02/28/2018 | 37 | | MOTION for Temporary Detention *pending appeal* by USA as to JOSEPH RICKY PARK. (Gelber, Alexandra) (Entered: 02/28/2018) |
| 03/01/2018 | | | MINUTE ORDER: The defense is hereby ordered to respond to the government's 37 Motion to Continue Detention Pending Appeal by March 7, 2018. SO ORDERED – by Judge Tanya S. Chutkan on 03/01/18. (tb) (Entered: 03/01/2018) |

| | | | |
|---|---|---|---|
| 03/01/2018 | 38 | | NOTICE OF APPEAL – Final Judgment by USA as to JOSEPH RICKY PARK re 35 Memorandum Opinion, 36 Order on Motion to Dismiss Case. Fee Status: No Fee Paid. Parties have been notified. (Gelber, Alexandra) (Entered: 03/01/2018) |
| 03/01/2018 | 39 | | Amended MOTION for Temporary Detention *pending appeal* by USA as to JOSEPH RICKY PARK. (Gelber, Alexandra) (Entered: 03/01/2018) |
| 03/02/2018 | 40 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government as to JOSEPH RICKY PARK re 38 Notice of Appeal – Final Judgment. (znmw) (Entered: 03/02/2018) |
| 03/06/2018 | | | USCA Case Number as to JOSEPH RICKY PARK 18–3017 for 38 Notice of Appeal – Final Judgment filed by USA. (zvt) (Entered: 03/06/2018) |
| 03/07/2018 | 41 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Government's Motion to Continue Detention* by JOSEPH RICKY PARK. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) (Entered: 03/07/2018) |
| 03/08/2018 | | | MINUTE ORDER : Upon consideration of the defendant's 41 Motion for Extension of Time to File Reply as to JOSEPH RICKY PARK (1); it is hereby ordered that the motion is GRANTED. Reply brief due by 03/12/18. SO ORDERED – by Judge Tanya S. Chutkan on 03/08/18. (tb) (Entered: 03/08/2018) |
| 03/08/2018 | | | Set/Reset Deadlines as to JOSEPH RICKY PARK: Reply due by 3/12/2018. (tb) (Entered: 03/08/2018) |
| 03/12/2018 | 42 | | RESPONSE by JOSEPH RICKY PARK re 37 MOTION for Temporary Detention *pending appeal*, 39 Amended MOTION for Temporary Detention *pending appeal* (Goetzl, Celia) (Entered: 03/12/2018) |
| 03/12/2018 | 43 | | MOTION for Release by JOSEPH RICKY PARK. (See Docket Entry 42 to view document). (znmw) (Entered: 03/13/2018) |
| 03/14/2018 | 44 | 10 | ORDER: Before the court is the United States Motion and Amended Motion to Continue Detention Pending Appeal ECF Nos. 37 and 39 and the Defendants Motion for Release ECF Nos. 42 and 43 . For the reasons set forth by the court in the Detention Memorandum filed on February 17, 2016 ECFNo. 4 , the Court hereby GRANTS the United States motions to continue detention and DENIES Defendants motion for release. Signed by Judge Tanya S. Chutkan on 03/14/18. (tb) (Entered: 03/14/2018) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 1:16-cr-00009 (TSC) |
| JOSEPH RICKY PARK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

      Before the court is the United States' Motion and Amended Motion to Continue Detention Pending Appeal (ECF Nos. 37, 39) and the Defendant's Motion for Release (ECF Nos. 42, 43). For the reasons set forth by the court in the Detention Memorandum filed on February 17, 2016 (ECF No. 4), the Court hereby GRANTS the United States' motions to continue detention and DENIES Defendant's motion for release. The court hereby ORDERS that the Defendant remain detained pending the United States' appeal of the court's Order to Dismiss the Indictment (ECF No. 36) or until the United States informs the court that no appeal will be pursued.

Date: March 14, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge