# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:16-cr-00009-TSC** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH RICKY PARK,** | : | |
| | : | |
| Defendant. | : | |

## RESPONSE TO COURT'S ORDER

The United States, by and through the undersigned attorneys, hereby responds to the Court's Order directing the United States to update the Court and defense counsel about the Solicitor General's decision concerning appeal in this case. The appeal has been approved, and the United States filed its opening brief to the United States Court of Appeals for the District of Columbia Circuit on April 30, 2018.

Respectfully submitted,

Steven J. Grocki, Chief
U.S. Department of Justice
Child Exploitation and Obscenity Section

_____/S/_____
ALEXANDRA R. GELBER, Deputy Chief
D.C. Bar 473773
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, NW, Suite 600
Washington, D.C. 20530
202-307-1316
alexandra.gelber@usdoj.gov

        /S/
LAUREN S. KUPERSMITH, Trial Attorney
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, N.W., Suite 600
Washington, D.C. 20530
(202) 514-1564
lauren.kupersmith@usdoj.gov