| | |
|---|---|
| **No. 18-3017** | **September Term, 2019** |
| | 1:16-cr-00009-TSC-1 |
| | Filed On: November 5, 2019 [1814370] |

United States of America,

    Appellant

    v.

Joseph Ricky Park, also known as Joseph Demasi,

    Appellee

## M A N D A T E

In accordance with the judgment of September 13, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:   /s/
        Ken R. Meadows
        Deputy Clerk

Link to the judgment filed September 13, 2019